**MORGAN, LEWIS & BOCKIUS LLP**
Debra L. Fischer, Bar No. 142516
debra.fischer@morganlewis.com
Seth M. Gerber, Bar No. 202813
seth.gerber@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Tel:  +1.310.907.1000
Fax:  +1.310.907.1001

Attorneys for Plaintiffs
JEFFREY MAZIE and MARK NIEMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MAZIE and MARK NIEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKTON COMPANIES, LLC - PACIFIC SERIES, a Missouri series limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:23-cv-09241 CBM (MARx)<br><br>Assigned to: Hon. Consuelo B. Marshall<br><br>**ORDER OF DISMISSAL  [34]  [JS-6]**<br><br>Action Filed: October 3, 2023 |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on stipulation of the undersigned parties, now, therefore, it is hereby ORDERED:

All claims against Defendants are hereby dismissed with prejudice and without costs or attorneys' fees as to any party.

DATED this 29th day of March, 2024.

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE